JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. VANCE,<br><br>            Petitioner,<br><br>    v.<br><br>JACK FOX, Warden FCI Lompoc,<br><br>            Respondent. | Case No. CV 15-4887-CJC (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: March 2, 2016

                                       CORMAC J. CARNEY
                            UNITED STATES DISTRICT JUDGE